No. 240.  LOCAL UNION No. 189, AMALGAMATED MEAT
CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA,
AFL–CIO, ET AL. v. JEWEL TEA CO., INC.  (Certiorari,
*ante,* p. 813, to the United States Court of Appeals for
the Seventh Circuit.)  The motion of American Farm
Bureau Federation for leave to file a brief, as *amicus
curiae,* is granted.  The motion of National Livestock
Feeders Association et al. for leave to file a brief, as *amici
curiae,* is granted.  The motion of the National Inde-
pendent Meat Packers Association for leave to file a brief,
as *amicus curiae,* is granted.  *Allen A. Lauterbach* for
American Farm Bureau Federation.  *Allen Whitfield* for
National Livestock Feeders Association et al.  *Edwin H.
Pewett, Jonathan W. Sloat* and *George A. Avery* for
National Independent Meat Packers Association.

No. 360.  HARMAN ET AL. v. FORSSENIUS ET AL.  Ap-
peal from the United States District Court for the Eastern
District of Virginia.  (Probable jurisdiction noted, *ante,*
p. 810.)  The motion of the Solicitor General for leave to
participate in the oral argument, as *amicus curiae,* is
granted and fifteen minutes are allotted for that purpose.
Counsel for the appellants are allotted an additional
fifteen minutes for oral argument.  The motion of the
appellants to strike the brief, as *amicus curiae,* of the
Solicitor General is denied.  Counsel for the appellants
are allowed thirty days from the date of service to file a
reply to the brief of the Solicitor General.  *Solicitor Gen-
eral Cox, Assistant Attorney General Marshall, Louis F.
Claiborne, Harold H. Greene* and *David Rubin* for the
United States, as *amicus curiae,* in opposition.  *Robert
Y. Button,* Attorney General of Virginia, *Richard N.
Harris,* Assistant Attorney General, *Joseph C. Carter, Jr.,*
and *E. Milton Farley III* for appellants on the motion.

No. 531, Misc.  BENNETT v. PATE, WARDEN.  Motion
for leave to file petition for writ of habeas corpus denied.